# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AMYSTERDAN BARBOSA DA SILVA,

    Defendant.

Case No. 2:17-cr-00001-JAD-CWH

**ORDER**

Presently before the court is defendant Barbosa's ex parte motion for sanctions (ECF No. 233), filed on December 13, 2017.

This motion was received by the clerk of court on December 13, 2017, but was not entered on the docket until December 15, 2017. As a result, the motion was not addressed by the court at the hearing on December 14, 2017. (*See* Mins. of Proceedings (ECF No. 232).) The motion raises various issues between Barbosa and his attorney that were resolved at the hearing on December 14, 2017. The court therefore will deny the motion for sanctions as moot.

IT IS ORDERED that defendant Barbosa's ex parte motion for sanctions (ECF No. 233) is DENIED as moot.

DATED: December 18, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**