KAREN C. WINCKLER, ESQUIRE
Nevada Bar No. 2809
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Email: Winckler@wswlawlv.com
Attorneys for Amystredan Barbosa Da Silva

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AMYSTREDAN BARBOSA DA SILVA,<br>a/k/a Amysterdan Da Silva<br><br>    Defendant. | CASE NO. 2:17-CR-00001-JAD-CWH |

**MOTION TO WITHDRAW AS COUNSEL**

KAREN C. WINCKLER, ESQUIRE, WRIGHT STANISH & WINKCLER, appointed counsel for AMYSTREDAN BARBOSA DA SILVA hereby moves this Honorable Court to allow her to withdraw from representation of Mr. Barbosa Da Silva due to recurring health issues, current medications and other health impediments. Sentencing in this case is scheduled for November 27, 2018. This motion is made pursuant to Rule 166 of the Nevada Code of Professional Conduct and due to her inability to continue to effectively represent Mr. Barbosa Da Silva. Attorney Russell E. Marsh of Wright Stanish & Winckler, with the aid of a Portuguese interpreter, discussed with Mr. Barbosa Da Silva the process of the withdrawal by his attorney for medical reasons, and the subsequent appointment of replacement counsel. Mr. Marsh is available to take over the case and to meet the sentencing deadline in November. Mr. Barbosa Da Silva expressed his understanding of the process and he is in full agreement that the substitution of counsel is in his best interest.

Accordingly, Karen C. Winckler, Esquire asks this Honorable Court to allow her to withdraw from representation of Amystredan Barbosa Da Silva. Further, Ms. Winckler requests that the court appoint CJA counsel Russell E. Marsh to represent Mr. Barbosa Da Silva henceforth.

Dated: August 24, 2018

WRIGHT STANISH & WINCKLER

BY: /s/ Karen C. Winckler
KAREN C. WINCKLER, ESQUIRE
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Having reviewed the request of counsel to withdraw as counsel for Defendant Amystredan Barbosa Da Silva, and good cause appearing,

IT IS HEREBY ORDERED that Karen C. Winckler is hereby allowed to withdraw as counsel for Mr. Barbosa Da Silva.

IT IS FURTHER ORDERED that Russell E. Marsh is hereby appointed as CJA counsel for Mr. Barbosa Da Silva.

DATED: August 28, 2018

_____
UNITED STATES MAGISTRATE JUDGE