1 | RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
2 | WRIGHT MARSH & LEVY
300 S. Fourth Street
3 | Suite 701
Las Vegas, NV 89101
4 | Phone: (702) 382-4004
Fax: (702) 382-4800
5 | Email: russ@wmllawlv.com
Attorneys for Amystredan Barbosa Da Silva

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00001-JAD-CWH |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING |
| AMYSTREDAN BARBOSA DA SILVA, a/k/a Amysterdan Da Silva | (SECOND REQUEST) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, through its attorneys, DAYLE ELIESON, United States Attorney, and PATRICK BURNS, Assistant United States Attorney, and Defendant Amystredan Barbosa Da Silva, through his counsel, RUSSELL E. MARSH, ESQUIRE, WRIGHT MARSH & LEVY, that the sentencing hearing currently scheduled for November 27, 2018, at 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than seventy-five (75) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The Defendant is currently in detention at the Nevada Southern Detention Center. Mr. Da Silva agrees with this request for a continuance.

2. Since the first continuance of the sentencing date, new defense counsel has been appointed.

///

3. In addition, there was a delay in the delivery of the Presentence Investigation Report ("PSR"). Therefore, defense counsel needs additional time to prepare objections and to otherwise prepare for Defendant Amystredan Barbosa Da Silva's sentencing.

4. Mr. Barbosa Da Silva requests a continuance of the sentencing until some time in February 2019, so that counsel can prepare for sentencing and defendant's relatives can possibly come to Las Vegas for the hearing.

5. The parties agree to the requested continuance.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the second request for a continuance of the sentencing hearing.

Dated this 6th day of November, 2018.

| WRIGHT MARSH & LEVY | DAYLE ELIESON<br>UNITED STATES ATTORNEY |
|---|---|
| BY  /s/ Russell E. Marsh<br>RUSSELL E. MARSH, ESQUIRE<br>Attorney for Defendant Da Silva | BY  /s/ Patrick Burns<br>PATRICK BURNS<br>Assistant U.S. Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
        Plaintiff,  )  CASE NO. 2:17-CR-00001-JAD-CWH
        vs.  )
          )  **ORDER**
AMYSTREDAN BARBOSA DA SILVA,  )
a/k/a Amysterdan Da Silva  )
        Defendant.  )

Based on the Stipulation of the parties, the Court hereby continues the sentencing of Defendant Amystredan Barbosa Da Silva in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter currently scheduled for November 27, 2018 at 10:00 a.m., be vacated and continued to February 4, 2019, at the hour of 9:00 a.m.

DATED this 8th day of November, 2018.

_____
JENNIFER A. DORSEY
United States District Judge