# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMYSTERDAN BARBOSA DA SILVA,<br>a/k/a Amysterdan Da Silva,<br><br>Defendant. | CASE NO. 2:17-CR-00001-JAD-CWH<br><br>**ORDER**<br><br>ECF No. 599 |

Based on the Stipulation of the parties, the Court hereby continues the sentencing of Defendant Amysterdan Barbosa Da Silva in this matter. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that the sentencing in the above-captioned matter currently scheduled for July 29, 2019 at 9:30 a.m., be vacated and continued to September 9, 2019, at 11:00 a.m.

DATED this 25th day of July, 2019.

_____
JENNIFER A. DORSEY
United States District Judge